THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EARL E. JENKINS, Defendant-Appellant.

(No. 74-53;

Second District (1st Division)—June 26, 1975.

Opinion by Mr. JUSTICE GUILD.

Roe & Hefty, of Rochelle, for appellant.

Patrick E. Ward, State's Attorney, of Dixon (David W. Mandrgoc, Assistant State's Attorney, of counsel), for the People.